United States District Court
Southern District of Texas
**ENTERED**
August 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IMRAN IQBAL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-774 |
| | § | |
| WARDEN, HOUSTON CONTRACT | § | |
| DETENTION FACILITY, *et al.* | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Based on the parties' agreed stipulation of dismissal (Dkt. 13), and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this habeas action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own fees, expenses, and costs.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on August 20, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE